# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 19, 2016

_____

RESPONSE REQUESTED
_____

No. 16-1222,   James Hamilton v. William Pallozzi
               1:15-cv-02142-JKB

TO:   Alan Gura

**RESPONSE DUE: 05/02/2016**

Response is required to the motion to file amicus brief on or before 05/02/2016.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

Karen Stump, Deputy Clerk
804-916-2702