## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 19, 2016

_____

DOCKET CORRECTION NOTICE
_____

No. 16-1222,   James Hamilton v. William Pallozzi
              1:15-cv-02142-JKB

TO:    Robert Jeffrey Olson

**FILING CORRECTION DUE:  April 22, 2016**

Please make the correction identified below and file a corrected document by the date indicated.

[✓] Please file the amicus curiae brief, in a separate entry, using the **Amicus Curiae/Intervenor Brief (with appearance of counsel form)** entry.


Karen Stump, Deputy Clerk
804-916-2702