**From:** Alan Gura alan@gurapossessky.com
**Subject:** Re: James Hamilton v. William L. Pallozzi, No. 16-1222 -- amicus consent request
**Date:** April 13, 2016 at 4:43 PM
**To:** William J. Olson wjo@mindspring.com
**Cc:** Cary J. Hansel cary@hansellaw.com, Herbert Titus htitus@cox.net, Robert Olson robert.jeffrey.olson@gmail.com, Jeremiah Morgan jmorgan@lawandfreedom.com

We don't consent, because it's unhelpful.

> On Apr 13, 2016, at 4:24 PM, William J. Olson <wjo@mindspring.com> wrote:
>
> Alan --
>
> We immediately received consent from Maryland, but not sure whether your email below expresses a preference we not file a brief, or your decision to refuse consent.
>
> It may be that our letter seeking your consent misled you. Our letter stated we planned to address "how the Second Amendment applies to this case including the Full Faith and Credit clause and in relation to provisions of federal firearms law."
>
> We have now largely written the brief, making the following points that augment your brief:
> First, why the Full Faith & Credit Clause requires Maryland to recognize the Virginia restoration of rights.
> Second, how the choice of state law rules in the Firearms Owners Protection Act of 1986 support Hamilton's rights under 18 U.S.C. section 927 and the Supremacy Clause.
> Third, how Maryland denies a federal privilege to Hamilton, including a discussion of Thomas' concurring opinion in McDonald.
>
> Nothing in our brief makes "grander gun rights arguments than the very narrow issues presented in this appeal." But the decision is yours. Just let us know whether you consent, take no position, or refuse to consent. If you refuse consent, we will file a motion and advise the Court of your position.
>
> Thanks.
> Bill
>
> P.S. BTW, we added a couple of additional amici to our brief since writing our initial letter seeking consent.
>
> William J. Olson, P.C., Attorneys at Law
> 370 Maple Avenue West, Suite 4, Vienna, Virginia 22180-5615
> Phone: (703) 356-5070; Fax: (703) 356-5085
> 114 Creekside Lane, Winchester, Virginia 22602-2429
> Phone: (540) 450-8777; Fax: (540) 450-8771 <http://www.lawandfreedom.com>
>
> On 4/8/2016 5:12 PM, Alan Gura wrote:
>> Hi Bill,
>>
>> I'd rather you not file this brief. I don't think my client will be helped by amicus briefing that makes grander gun rights arguments than the very narrow issues presented in this appeal.
>>
>> Thanks,
>> Alan
>>
>>> On Apr 8, 2016, at 4:21 PM, William J. Olson <wjo@mindspring.com> wrote:
>>>
>>> Counsel --
>>> Attached is our request for consent to the filing of an amicus brief in the above-captioned case.
>>> We look forward to hearing from you.
>>> Bill Olson
>>>
>>> --
>>> William J. Olson, P.C., Attorneys at Law
>>> 370 Maple Avenue West, Suite 4, Vienna, Virginia 22180-5615
>>> Phone: (703) 356-5070; Fax: (703) 356-5085
>>> 114 Creekside Lane, Winchester, Virginia 22602-2429
>>> Phone: (540) 450-8777; Fax: (540) 450-8771 <http://www.lawandfreedom.com>
>>>
>>> <Consent Letter - Appellant.pdf>

WILLIAM J. OLSON
(VA, D.C.)

JOHN S. MILES
(VA, D.C., MD OF COUNSEL)

HERBERT W. TITUS
(VA OF COUNSEL)

JEREMIAH L. MORGAN
(D.C., CA ONLY)

ROBERT J. OLSON
(VA, D.C.)

WILLIAM J. OLSON, P.C.
ATTORNEYS AT LAW
370 MAPLE AVENUE WEST, SUITE 4
VIENNA, VIRGINIA 22180-5615
TELEPHONE (703) 356-5070
FAX (703) 356-5085
E-MAIL: wjo@mindspring.com
http://www.lawandfreedom.com

114 CREEKSIDE LANE
WINCHESTER, VA 22602-2429
TELEPHONE (540) 450-8777
FAX (540) 450-8771

April 8, 2016
By email to cary@hansellaw.com

Cary Johnson Hansel, III
Hansel Law, P.C.
2514 North Charles Street
Baltimore, MD 21218

Re: James Hamilton v. William L. Pallozzi, No. 16-1222 (U.S. Court of Appeals for the Fourth Circuit); Brief *Amicus Curiae* of Gun Owners of America, Gun Owners Foundation, U.S. Justice Foundation, Conservative Legal Defense and Education Fund, and Institute on the Constitution in Support of Appellant

Dear Mr. Hansel:

This is to notify you that we represent the above-listed nonprofit organizations, and on their behalf, and perhaps others, plan to file an *amicus curiae* brief in support of appellant in the above-referenced case before the U.S. Court of Appeals for the Fourth Circuit. Pursuant to Rule 29(a) of the Federal Rules of Appellate Procedure, we are hereby seeking your consent to its filing.

Gun Owners of America, Inc. is a nonprofit social welfare organization, exempt from federal income tax under section 501(c)(4) of the Internal Revenue Code ("IRC"). Gun Owners Foundation, U.S. Justice Foundation, and Conservative Legal Defense and Education Fund are nonprofit educational organizations, exempt from federal income tax under IRC section 501(c)(3), and are public charities. Institute on the Constitution is an educational organization. Each of the *amici* was established, *inter alia*, for educational purposes related to participation in the public policy process, which purposes include programs to conduct research, and to inform and educate the public, on important issues of national concern, the construction of state and federal constitutions and statutes related to human and civil rights secured by law, and related issues.

We believe that the perspective of these *amici curiae* on the issues in the present case will be of assistance to the Court in deciding this matter, addressing how the Second Amendment applies to this case including the Full Faith and Credit clause and in relation to provisions of federal firearms law.

We would like to represent to the Court that the parties consent to the filing of the above-referenced *amicus curiae* brief. In view of the importance of this case, we hope that you will consent to our filing. We would ask you to send your written consent to the undersigned by reply email or by fax by no later than Monday, April 11, 2016.

           Sincerely yours,

           */s/ William J. Olson*

           William J. Olson

WJO:gm

  ☐  I consent to the filing of the above-referenced *amicus curiae* brief.
  ☐  I do not consent to the filing of the above-referenced *amicus curiae* brief.

_____
Counsel for Appellant

Date: _____