IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| JAMES HAMILTON, | ) | No. 16-1222 |
|---|---|---|
| Plaintiff-Appellant, | ) | |
| v. | ) | |
| WILLIAM PALLOZZI, et al., | ) | |
| Defendants-Appellees. | ) | |

CONSENT MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF

Plaintiff-Appellant James Hamilton respectfully moves to extend the time by which to file his reply brief to June 24, 2016.

Pursuant to Local Rule 27(a), undersigned counsel has met and conferred with Appellees' counsel with respect to this motion, to which Appellees consent.

In support of the motion, counsel avers:

1. On May 16, 2016, Appellees filed their brief. Appellants' reply is consequently due June 2, 2016.

2. On April 21, 2016, the Third Circuit, acting sua sponte, ordered that two cases previously argued by undersigned counsel (but not

1

yet decided) be reheard en banc on June 1, 2016. *Binderup* v. *Attorney General*, 3d Circuit Nos. 14-4549, 14-4550; *Suarez* v. *Attorney General*, 3d Circuit Nos. 15-1975, 15-1976. Counsel's engagement in preparation and argument for this double en banc proceeding, through June 1, will substantially impair the ability to file the reply brief in this case by June 2.

3. On May 9, 2016, in the aforementioned cases, the Third Circuit ordered supplemental briefing within ten days. Accordingly, some of the time that counsel had set for this reply has already been consumed by intervening supplemental briefing in a case to be argued imminently.

4. Counsel has also been engaged in the preparation for argument, on June 6, 2016, in *Defense Distributed* v. *U.S. Dep't of State*, 5th Cir. No. 15-50759.

5. Counsel also has an appellants' opening brief due, on an expedited schedule, at 4:00 pm on June 13, 2016, in *Wrenn* v. *District of Columbia*, D.C. Cir. No. 16-7025.

6. And on the already extended date of June 17, 2016, counsel has due oppositions to multiple briefs in *Lee* v. *Lynch*, M.D. La. No. 16-89.

7. While this is not a complete list of counsel's professional and personal obligations for the next several weeks, counsel believes that an extension by and through June 24, 2016, to file the Appellant's reply brief in this case, would suffice to make that filing not unduly challenging.

8. This is the first request for an extension of time on this deadline, which is sought in good faith and would not unduly prejudice any party.

Wherefore, Plaintiff-Appellant James Hamilton respectfully requests that the due date for his reply brief in this matter be extended to June 24, 2016.

Dated: May 25, 2016                                  Respectfully submitted,

/s/ Alan Gura
Cary Hansel                                          Alan Gura
Hansel Law, P.C.                                     Gura & Possessky, PLLC
2514 N. Charles Street                               916 Prince Street, Suite 107
Baltimore, MD 21218                                  Alexandria, VA 22314
301.461.1040/Fax 443.451.8606                        703.835.9085/Fax 703.997.7665
cary@hansellaw.com                                   alan@gurapossessky.com
                                                     Attorneys for Appellant

Certificate of Service

    I certify that the foregoing document was filed through the Court's CM/ECF system on May 25, 2016, and that all counsel are registered users of ECF who have therefore been served via the CM/ECF system.

                        /s/ Alan Gura
                        Alan Gura