UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1222
(1:15-cv-02142-JKB)
_____

JAMES HAMILTON

      Plaintiff - Appellant

v.

WILLIAM L. PALLOZZI, Superintendent of the Maryland State Police; BRIAN E. FROSH, Attorney General of Maryland

      Defendants - Appellees

-------------------------------

CONSERVATIVE LEGAL DEFENSE AND EDUCATION FUND; DOWNSIZE DC FOUNDATION; DOWNSIZEDC.ORG; GUN OWNERS FOUNDATION; GUN OWNERS OF AMERICA, INC.; INSTITUTE ON THE CONSTITUTION; THE HELLER FOUNDATION; UNITED STATES JUSTICE FOUNDATION

      Amici Supporting Appellant

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 06/20/2016. Any further request for an extension of time in

which to file the reply brief shall be disfavored.

>For the Court--By Direction
>
>/s/ Patricia S. Connor, Clerk