# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 16-1222    Caption: Hamilton v. Pallozzi, et al.

---

Argument Session For Which You Are Scheduled: Sept. 20-23, 2016

Dates You Are Available To Argue in the Session (if any):
Unclear if any. To be safe, none at this time. Please see below.

Other Relevant Information:
On May 4, 2016, the D.C. Circuit ordered "September 2016" argument in an expedited preliminary injunction appeal to be argued by Appellant's counsel. Wrenn v. DC, DC Cir. #16-7025. To avoid conflict, please keep these dates open for now if at all possible.

Party(ies) Represented:
James Hamilton

Counsel: Alan Gura

---

I, Alan Gura, hereby certify that on this date, I electronically filed this Notice with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Mark H. Bowen
Assistant Attorney General
1201 Reisterstown Road
Pikesville, MD  21208


June 8, 2016                                 /s/ Alan Gura
Date                                         Signature

01/14/2016  SCC