# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 16-1222  Caption: Hamilton v. Pallozzi

Argument Session For Which You Are Scheduled: Sept. 20-23, 2016

Dates You Are Available To Argue in the Session (if any):
Sept. 22-23

Other Relevant Information:
I now have argument in the D.C. Circuit on Sept. 20, Wrenn v. D.C., No. 16-7025. I'd prefer the 22nd for argument in Richmond if possible.

Party(ies) Represented:
James Hamilton

Counsel: Alan Gura

I, Alan Gura, hereby certify that on this date, I electronically filed this Notice with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Mark H. Bowen
Assistant Attorney General
1201 Reisterstown Road
Pikesville, MD 21208

| June 16, 2016 | /s/ Alan Gura |
|---|---|
| Date | Signature |

01/14/2016 SCC