June 22, 2016

_____

## COPY FOLLOW-UP NOTICE
_____

No. 16-1222, <u>James Hamilton v. William Pallozzi</u>
1:15-cv-02142-JKB

PAPER COPIES DUE: 06/27/2016

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing additional paper copies. Send sealed and redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested.

| Document | # of Copies | Required From: |
|---|---|---|
| Amicus Brief | 3 | Amicus Curiae |

/s/ PATRICIA S. CONNOR, CLERK