# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

July 15, 2016

_____

## NOTICE OF TENTATIVE CALENDAR ASSIGNMENT
## AND COPY REQUIREMENTS

_____

No. 16-1222,    James Hamilton v. William Pallozzi
1:15-cv-02142-JKB

**ARGUMENT SESSION:** 10/25/16 - 10/28/16

**NOTICE OF MOTIONS OR CONFLICT DUE BY:**   07/25/2016

This case has been tentatively calendared for oral argument during the above-referenced argument session. Any motion that would affect the scheduling of argument for that session, including motions to continue, submit on the briefs, or voluntarily dismiss, must be filed by the due date shown and state whether opposing counsel consents to the requested relief. Any scheduling conflict with any dates during the argument session must be filed by the due date shown using the entry Notice re: conflict with proposed argument dates. (Do not file the form if you have no conflicts.) You will be notified either that your case has been scheduled for a date certain during the session or continued to the next available session. After a case has been scheduled for argument, any motion that would affect the argument date must show good cause for the requested relief and that the relief could not have been requested within the period set for notice of conflicts. The identity of the panel hearing a case is not disclosed until the morning of argument.

For questions regarding scheduling of argument, please call 804-916-2714.

**ADDITIONAL COPIES OF BRIEFS & APPENDICES MUST BE FILED WITHIN 7 DAYS OF THIS NOTICE (if fewer than 4 copies were previously filed with the court)**

Effective October 1, 2015, the court requires only one paper copy of briefs and appendices unless the case is to be argued, in which event four paper copies are required. (Local Rules 30(b)(4) & 31(d)). If you previously filed only one paper copy of your brief or appendix, you must file three additional paper copies within seven days of the date of this notice. An ECF entry is not required for the additional paper copies, but the requirement applies to sealed and redacted versions of briefs, sealed and public volumes of appendix, and supplemental briefs and appendices. For any new briefs or appendices being filed after issuance of this notice, four paper copies are required.

If you previously filed four or more paper copies of your briefs and appendices, no additional copies are required. For questions regarding additional copies, please call 804-916-2707.

Joseph L. Coleman, Jr.
Calendar Clerk