# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 16-1222   Caption: Hamilton v. Pallozzi

Argument Session For Which You Are Scheduled: October 25-28, 2016

Dates You Are Available To Argue in the Session (if any):
October 25 and 28.

Other Relevant Information:
Prefer the 25th if possible. I have prior speaking engagements in Florida on Oct. 26 and 27.

Party(ies) Represented:
Appellant James Hamilton

Counsel: Alan Gura

I, Alan Gura, hereby certify that on this date, I electronically filed this Notice with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Mark H. Bowen
Assistant Attorney General
1201 Reisterstown Road
Pikesville, MD 21208

July 18, 2016                                    /s/ Alan Gura
Date                                             Signature

01/14/2016 SCC